# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

***

| | |
|---|---|
| ZOHAR ROBIN<br><br>             Plaintiffs,<br><br>vs.<br><br>MID-CENTURY INSURANCE COMPANY, *et al.*,<br><br>             Defendants. | 2:15-cv-00962-JCM-VCF<br><br>**ORDER** |

Before the court is *Zohar Robin v. Mid-Century Insurance Company, et al.*, case number 2:15-cv-00962-JCM-VCF.  A discovery plan and scheduling order has not been filed pursuant to LR 26-1.

IT IS HEREBY ORDERED that a discovery hearing is scheduled for 1:30 p.m., August 3, 2015, in courtroom 3D.  The hearing will be vacated upon the filing of the discovery plan and scheduling order in compliance with Local Rule 26-1.

Dated this 15th day of July, 2015.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE