# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\*\*\*

ZOHAR ROBIN

        Plaintiffs,

vs.

MID-CENTURY INSURANCE COMPANY, *et al.*,

        Defendants.

2:15-cv-00962-JCM-VCF

**ORDER**

Before the court is *Zohar Robin v. Mid-Century Insurance Company, et al.*, case number 2:15-cv-00962-JCM-VCF.  The parties have filed a discovery plan and scheduling order in compliance with LR 26-1.  (#13).

IT IS HEREBY ORDERED that the discovery hearing is scheduled for 1:30 p.m., August 3, 2015 is VACATED.

Dated this 30th day of July, 2015.

_____

CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE