1  David J. Feldman, Esq.
   Nevada Bar No. 5947
2  FELDMAN GRAF, P.C.
   8845 West Flamingo Rd., Suite 210
3  Las Vegas, Nevada 89147
   Telephone: (702) 949-5096
4  Facsimile: (702) 949-5097
   dfeldman@feldmangraf.com
5  *Attorneys for Defendants*
   *Farmers Insurance Exchange and*
6  *Mid-Century Insurance Company*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| ZOHAR ROBIN, an individual, | Case No.: 2:15-cv-00962-JCM-VCF |
| Plaintiff, | |
| vs. | |
| FARMERS INSURANCE EXCHANGE; MID-CENTURY INSURANCE COMPANY; DOE individuals I through XX, and ROE CORPORATIONS I through XX, | |
| Defendants. | |

### STIPULATION AND ORDER TO CORRECT CASE CAPTION

IT IS HEREBY STIPULATED AND AGREED by and between the Plaintiff Zohar Robin, by and through his counsel of record, Sigal Chattha, Esq. and Defendants Farmers Insurance Exchange (erroneously named in the action) and Mid-Century Insurance Company, by and through their counsel of record, David J. Feldman, Esq. of the law firm of Feldman Graf, P.C., that:

1. The Complaint inadvertently names Farmers Insurance Exchange, as the insurer Defendant in this matter, and Mid-Century Insurance Company is the real party in interest.

2. The policy of insurance which is the subject of this action was issued by Mid-Century Insurance Company.

. . .

. . .

. . .

1

3. Accordingly, all references in this matter to Defendant Farmers Insurance Exchange, shall instead reference Defendant Mid-Century Insurance Company, and the caption for this matter shall be modified to reflect only Mid-Century Insurance Company.

**IT IS SO STIPULATED.**

Dated: 8/20/15                                          Dated: 8/17/15

_____                    _____

CHATTAH LAW GROUP
Sigal Chattha, Esq.
Nevada Bar No. 8264
5875 S. Rainbow Boulevard, #204
Las Vegas, NV 89118
Telephone: (702) 360-6200
Facsimile: (702) 643-6292
Attorneys for Plaintiff Zohar Robin

FELDMAN GRAF, P.C.
David J. Feldman, Esq.
Nevada Bar No. 5947
8845 W. Flamingo Road, Suite 210
Las Vegas, Nevada 89147
Telephone: (702) 949-5096
Facsimile: (702) 949-5097
Attorneys for Defendants
Farmers Insurance Exchange and
Mid-Century Insurance Company

## ORDER

Good cause appearing therefor,

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that, pursuant to stipulation of the parties, all references in this matter to Defendant Farmers Insurance Exchange, shall instead reference Defendant Mid-Century Insurance Company, and the caption for this matter shall be modified to reflect the same.

**IT IS SO ORDERED.**

Dated: August 26, 2015                          _____
                                                                UNITED STATES ~~DISTRICT~~ JUDGE
                                                                                    Magistrate