David J. Feldman, Esq.
Nevada Bar No. 5947
FELDMAN GRAF, P.C.
8845 West Flamingo Rd., Suite 210
Las Vegas, Nevada 89147
Telephone: (702) 949-5096
Facsimile: (702) 949-5097
dfeldman@feldmangraf.com
*Attorneys for Defendant*
*Mid-Century Insurance Company*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| ZOHAR ROBIN, an individual, | Case No.: 2:15-cv-00962-JCM-VCF |
| Plaintiff, | |
| vs. | |
| MID- CENTURY INSURANCE COMPANY; DOE individuals I through XX, and ROE CORPORATIONS I through XX, | |
| Defendants. | |

**ORDER AND STIPULATION TO MODIFY DISCOVERY PLAN**
**(FIRST REQUEST)**

The undersigned parties, by and through their counsel of record, stipulate and agree, based on the recitals below, subject to ratification by the Court, that the present discovery plan should be modified as set forth below.

**RECITALS:**

1.  The Petition for Removal was filed on May 21, 2015. On July 23, 2015, a discovery plan was approved by the Court (Doc. #13).

2.  The current discovery plan contemplates the exchange of expert witness reports on September 18, 2015, the exchange of rebuttal witness reports on October 19, 2015, and a discovery cut-off of November 17, 2015. However, Plaintiff is still treating at this time, and medical experts cannot therefore prepare a comprehensive or complete assessment at this time.

3.  Both parties have made their initial disclosures pursuant to FRCP 26. Defendant has scheduled the Plaintiff's deposition for September 24, 2015.

1

4. The parties are still in the discovery process, and, specifically, Plaintiff is claiming that he suffered a hernia injury, which required subsequent surgery, and Defendant will depose Plaintiff's treating physicians, particularly the physical therapist who allegedly caused the hernia, the treating physician who gave the hernia referral, and the provider who diagnosed and performed the surgery on Plaintiff. Defendant is retaining an expert to opine regarding Plaintiff's medical causation, as well as Plaintiff's claimed hernia and whether it can be caused by physical therapy treatment, and whether surgery was necessary, related to this accident, and if so, reasonable in amount. Additionally, Defendants shall retain a separate physician to conduct a medical records review and possibly an Independent Medical Examination of Plaintiff.

5. It is anticipated that upon completion of Plaintiff's deposition and the independent medical examination of Plaintiff, depositions will be taken of Plaintiff's treating physicians, as well as any designated expert(s) and rebuttal expert(s). Plaintiff may likewise depose Defendant's claims employees and experts.

6. In addition, extra time will allow the parties to explore the possibility of settling this matter, without incurring expert expenses, if the same can be avoided, or subjecting the parties to any prejudice if settlement cannot be obtained. Counsel are in agreement that modification of all pending dates in the discovery plan is the most reasonable option. Accordingly, the parties have agreed to extend the deadlines to exchange expert reports, both initial and rebuttal, by thirty (60) days.

. . .
. . .
. . .
. . .
. . .
. . .
. . .
. . .
. . .

7. The parties have agreed to the following modified deadlines:

| | Current | Proposed |
|---|---|---|
| Expert Disclosure | September 18, 2015 | November 17, 2015 |
| Rebuttal Expert Disclosure | October 19, 2015 | December 17, 2015 |
| Discovery Cut-Off | November 17, 2015 | January 15, 2015 |
| Dispositive Motions | December 17, 2015 | February 15, 2016 |
| Pretrial Order (with date to change if dispositive motions filed) | January 18, 2015 | March 16, 2016 |

RESPECTFULLY SUBMITTED.

Dated: September 4, 2015                           Dated: September 4, 2015

/s/ SIGAL CHATTHA                                  /s/ DAVID J. FELDMAN

CHATTAH LAW GROUP                                  FELDMAN GRAF, P.C.
Sigal Chattha, Esq.                                David J. Feldman, Esq.
Nevada Bar No. 8264                                Nevada Bar No. 5947
5875 S. Rainbow Boulevard, #204                    8845 W. Flamingo Road, Suite 210
Las Vegas, NV 89118                                Las Vegas, Nevada 89147
Telephone: (702) 360-6200                          Attorneys for Defendant
Facsimile: (702) 643-6292                          Mid-Century Insurance Company
Attorneys for Plaintiff Zohar Robin

## ORDER

**IT IS SO ORDERED.**

Dated: September 8, 2015

_____
UNITED STATES MAGISTRATE JUDGE

3