David J. Feldman, Esq.
Nevada Bar No. 5947
FELDMAN GRAF, P.C.
8845 West Flamingo Rd., Suite 210
Las Vegas, Nevada 89147
Telephone: (702) 949-5096
Facsimile: (702) 949-5097
dfeldman@feldmangraf.com
Attorneys for Defendant
Mid-Century Insurance Company

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| ZOHAR ROBIN, an individual, | Case No.: 2:15-cv-00962-JCM-VCF |
| Plaintiff, | |
| vs. | |
| MID-CENTURY INSURANCE COMPANY; DOE individuals I through XX, and ROE CORPORATIONS I through XX, | |
| Defendants. | |

### STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED by and between the Plaintiff Zohar Robin, by and through his counsel of record, Sigal Chattha, Esq. and Defendant Mid-Century Insurance Company, by and through its counsel of record, David J. Feldman, Esq. of the law firm of Feldman Graf, P.C., that Case No. 2:15-cv-00962-JCM-VCF entitled *Zohar Robin v. Mid-Century Insurance Company*, is hereby dismissed with prejudice and that all parties agree to bear their own attorneys' fees and costs and any interest.

A trial date has not been scheduled in the above-captioned matter.

. . .

. . .

. . .

. . .

. . .

. . .

1

*Zohar Robin v. Mid-Century Insurance Company, et al.*
United States District Court Case No. 2:15-cv-00962-JCM-VCF
**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE**

## ORDER

Based on the parties' stipulation, IT IS HEREBY ORDERED this action is DISMISSED with prejudice, and each party to bear its own fees and costs. The Clerk of Court is instructed to close this case.

Dated: February 23, 2016

_____
UNITED STATES DISTRICT JUDGE

**IT IS SO STIPULATED.**

Dated: 2/10/16                                                  Dated: 2/11/16

CHATTAH LAW GROUP                                               FELDMAN GRAF, P.C.
Sigal Chattha, Esq.                                             David J. Feldman, Esq.
Nevada Bar No. 8264                                             Nevada Bar No. 5947
5875 S. Rainbow Boulevard, #204                                 8845 W. Flamingo Road, Suite 210
Las Vegas, NV 89118                                             Las Vegas, Nevada 89147
Telephone: (702) 360-6200                                       Telephone: (702) 949-5096
Facsimile: (702) 643-6292                                       Facsimile: (702) 949-5097
Attorneys for Plaintiff Zohar Robin                             Attorneys for Defendant
                                                                Mid-Century Insurance Company